# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 78 |
| | : | |
| REAPPOINTMENT TO THE | : | CLIENT SECURITY APPOINTMENT |
| PENNSYLVANIA LAWYERS FUND FOR | : | |
| CLIENT SECURITY BOARD OF | : | DOCKET |
| TRUSTEES | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2022, William J. Joyce,* Luzerne County, is hereby reappointed as a member of the Pennsylvania Lawyers Fund for Client Security Board of Trustees for a term of three years, commencing April 1, 2022.

    Justice Brobson did not participate in the consideration or decision of this matter.

*Non-lawyer public member